IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Security National Insurance, Co., | ) | |
| | ) | Civil Action No.  6:17-cv-00011-MGL |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| Grandsouth Bank; GrandSouth | ) | |
| Bancorporation; Douglas Alan Corriher; | ) | |
| Shannon Michelle Drake; | ) | |
| Ronald Keith Earnest, | ) | |
| | ) | |
| Defendants. | ) | |

The Court having been advised by counsel for the parties that the above

action has been settled as to Douglas Alan Corriher and Shannon Michelle Drake,

IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice as to Douglas Alan Corriher and Shannon Michelle Drake.  If settlement is not

consummated within sixty (60) days, either party may petition the Court to reopen this action

and restore it to the calendar.  Rule 60(b)(6), F.R.Civ.P.  In the alternative, to the extent

permitted by law, either party may within sixty (60) days petition the Court to enforce the

settlement.  Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

By agreement of the parties, the court retains jurisdiction to enforce the settlement

agreement.  Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be with prejudice as to Douglas Alan Corriher

and Shannon Michelle Drake if no action is taken under

either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

May 10, 2017
Columbia, South Carolina